

# Fourth Court of Appeals
## San Antonio, Texas

October 28, 2021

No. 04-21-00327-CV

**NETFLIX, INC.**, Netflix Worldwide Entertainment, LLC, Kyoko Miyake, Sarit G. Work, Samantha Knowles, Kate Gill, Jigsaw Productions, LLC, Muddy Waters Productions  LLC, and Alex Gibney, Philip Ross, Jo Ann Rivera, Laura A. Martinez, Brittany A. Martinez, Michelle C. Martinez, and Jose H. Martinez,
Appellants

v.

Tonya **BARINA**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI04501
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

On October 26, 2021, appellee timely filed an unopposed motion requesting an extension of time to file appellee's brief. Appellee's motion is GRANTED. Appellee's brief is due **no later than December 16, 2021**.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of October, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court